**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                Petitioners,                      22 **CIVIL** 6445 (LGS)

    -against-                                  **JUDGMENT**

A&C BROTHERS CONTRACTING INC.,
                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 13, 2022, the Petition for confirmation of the Award is granted. Respondent shall make its books and records available to Petitioners for purposes of an audit. Petitioners are entitled to $2,900 pursuant to the Award, plus $654.50 in attorneys' fees and costs. Interest shall accrue from the date judgment is entered until payment is made at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
          October 17, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                    **BY:**      *K. Mango*
                                                                     **Deputy Clerk**